STANLEY H. JANECZKO et al., Respondents, *v.* CITY OF NEW YORK, Appellant.

Argued October 19, 1948; decided November 24, 1948.

*John P. McGrath, Corporation Counsel (Samuel D. Johnson* and *Seymour B. Quel* of counsel), for appellant.

*Archie E. Latto, Thomas J. O'Neill* and *Denis O'L. Cohalan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.